CLOSED, RULE5

# U.S. District Court
## District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:09-mj-00464-FLN-5

Case title: USA v. Ochenge et al

Date Filed: 11/17/2009
Date Terminated: 11/20/2009

Assigned to: Magistrate Judge Franklin L. Noel

**Defendant (5)**

**Collins Masese**
*TERMINATED: 11/20/2009*

represented by **Caroline Durham**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: caroline_durham@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*



**Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: katherian_roe@fd.org
*TERMINATED: 11/20/2009*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

18:1349.F

**Plaintiff**

USA                                   represented by   **David M Genrich**
                                                       United States Attorney's Office
                                                       300 S 4th St Ste 600
                                                       Mpls, MN 55415
                                                       612-664-5600
                                                       Fax: 612-664-5786
                                                       Email: david.genrich@usdoj.gov
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2009 | 11 | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM as to Collins Masese Writ issued and delivered to the USM on 11/17/09. Signed by Magistrate Judge Franklin L. Noel on 11/17/09. (las) (Entered: 11/20/2009) |
| 11/18/2009 |  | Arrest (Rule 5) of Collins Masese. (las) (Entered: 11/20/2009) |
| 11/18/2009 | 12 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel:Initial Appearance in Rule 5(c) (3) Proceedings as to Collins Masese held on 11/18/2009. Charges from Southern District of West Virginia, Charleston. Counsel Appt'd. Govt moves for and temporary detention is ordered. (Next appearance date: Detention and Removal Hearing set for 11/19/2009 01:30 PM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel.) (las) (Entered: 11/20/2009) |
| 11/19/2009 | 13 | ORDER OF TEMPORARY DETENTION as to Collins Masese - Removal/Detention Hearing set for 11/19/2009 01:30 PM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel. Signed by Magistrate Judge Franklin L. Noel on 11/18/09. (las) (Entered: 11/20/2009) |
| 11/19/2009 | 27 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel: Removal and Detention Hearing as to Collins Masese held on 11/19/2009. Counsel present. Deft Ordered Detained - Govt to submit proposed order. Deft removed to charging district. Removal Order & Commitment to Another District to be Issued. Defendant reserves his right to a detention hearing in the Southern District of West Virginia. (Court Reporter Jim Trapskin) (las) |

| | | (Entered: 11/23/2009) |
|---|---|---|
| 11/19/2009 | 30 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 31 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 32 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 33 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 34 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/19/2009 | 35 | Sealed Document (KNK) (Entered: 11/23/2009) |
| 11/20/2009 | 14 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Collins Masese (Durham, Caroline) (Entered: 11/20/2009) |
| 11/20/2009 | 28 | COMMITMENT TO ANOTHER DISTRICT as to Collins Masese. Defendant committed to Southern District of West Virginia. Signed by Magistrate Judge Franklin L. Noel on 11/20/09. cc: USM. (las) (Entered: 11/23/2009) |
| 11/20/2009 | 29 | ORDER OF REMOVAL to Southern District of West Virginia as to Collins Masese. Signed by Magistrate Judge Franklin L. Noel on 11/20/09. (las) (Entered: 11/23/2009) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,　　　　　　　　　　MJ 09-464 FLN

　　　　Plaintiff,

　　　　v.　　　　　　　　　　　　　　　　ORDER OF REMOVAL

Collins Masese (05),

　　　　Defendant.

---

David Genrich, ASSISTANT UNITED STATES ATTORNEY, for the plaintiff.

Caroline Durham, ASSISTANT FEDERAL PUBLIC DEFENDER., for defendant.

---

　　　　The above captioned case was before the undersigned United States Magistrate Judge for a removal hearing on November 19, 2009. Defendant waived the removal hearing.

　　　　Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the Southern District of West Virginia, and he is ordered removed to that district for further proceedings.

DATED: November 20, 2009

　　　　　　　　　　　　　　　　　　　　s/ Franklin L. Noel
　　　　　　　　　　　　　　　　　　　　FRANKLIN L. NOEL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

A true printed copy in ___1___ sheet(s)
of the electronic record filed on 11/20/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, 11/30, 2009
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of     MINNESOTA

| UNITED STATES OF AMERICA<br>V.<br>Collins Masese | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>2:09-00251 | District of Arrest<br>MJ 09-464 FLN | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
     X  Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

charging a violation of     18     U.S.C. §   1349, 1956(h), 1341, 1343, and 2

**DISTRICT OF OFFENSE**
Southern District of West Virginia

**DESCRIPTION OF CHARGES:**

Conspiracy to commit Mail Fraud and Wire fraud, money laundering,

**CURRENT BOND STATUS:**
   ☐ Bail fixed at       and conditions were not met
   ☐ Government moved for detention and defendant detained after hearing in District of Arrest
   X Government moved for detention and defendant detained pending detention hearing in District of Offense
   ☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes      Language: English

DISTRICT OF MINNESOTA

TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| November 20, 2009 | s/ Franklin L. Noel |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

A true printed copy in ___1___ sheet(s)
of the electronic record filed on 11/20/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, 11/20 , 20 09
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| COLLINS A. MASESE,<br>　　　　　　　　　　Defendant. | Case No:  09 MJ 464(5) (FLN) |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Caroline Durham shall appear as appointed counsel of record for the above named defendant in this case.

Dated:　November 19, 2009

　　　　　　　　　　　　　　　　　　　　s/Caroline Durham
　　　　　　　　　　　　　　　　　　　　Caroline Durham
　　　　　　　　　　　　　　　　　　　　Attorney ID No. 24921X
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Office of the Federal Defender
　　　　　　　　　　　　　　　　　　　　107 U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　300 South Fourth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415

A true printed copy in ___1___ sheet(s)
of the electronic record filed on 11/20/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, ___11/30___, 20 09
RICHARD D. SLETTEN
BY: _____
　　　　　Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: Franklin L. Noel, 9W |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: MJ 09-464 FLN |
| ) | Date: November 19, 2009 |
| Collins A. Masese (05), ) | Court Reporter: Jim Trapskin |
| ) | Time Commenced: 1:42 p.m. |
| Defendant. ) | Time Concluded: 1:45 p.m. |
| | Time in Court: 3 Minutes |

☒ **REMOVAL/DETENTION HRG**
   Time in Court Rem/Det: 1/2

## APPEARANCES:

Plaintiff:    David Genrich, Assistant U.S. Attorney
Defendant:    ☒ FPD    ☒ Appointed

On ☒ Indictment

☒ **Charges from other District: Southern District of West Virginia, Charleston**

☒ Deft Ordered Detained - Govt to submit proposed order

☒ Deft removed to charging district

☒ Removal Order to be Issued     ☒ Commitment to Another District to be Issued

Additional Information:
   Defendant reserves his right to a detention hearing in the Southern District of West Virginia.

                                                                              _s/Joan Flood_
                                                                              Criminal Duty Clerk

A true printed copy in  1  sheet(s)
of the electronic record filed on 11/19/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, 11/30 , 2009.
RICHARD D. SLETTEN
BY: _____
         Deputy Clerk

M:\templates\Prelim-Det Hrg.wpt                                         Template Updated: 6/6/06

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. MJ 09-464 FLN |
| v. | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br><u>TO BAIL REFORM ACT</u> |
| Collins Masese (05),<br>    Defendant. | |

Upon motion of the United States it is ORDERED that a removal/detention hearing is set for November 19, 2009 at 1:30 p.m. before Magistrate Judge Franklin L. Noel, 9W US Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: November 18, 2009

                                          <u>s/ Franklin L. Noel</u>
                                          FRANKLIN L. NOEL
                                          United States Magistrate Judge

---

\*   If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the Defendant. 18 U.S.A. §3142(f)(2).

<u>A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection</u> (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the Defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injury, or intimidate a prospective witness or juror.

A true printed copy in   1   sheet(s)
of the electronic record filed on 11/19/09
in the United States District Court
for the District of Minnesota.
CERTIFIED,   11/30  , 20 09.
    RICHARD D. SLETTEN
BY: _____
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel, 9W |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: MJ 09-464 FLN |
| | ) | Date: November 18, 2009 |
| Collins Masese (05), | ) | Time Commenced: 3:22 p.m. |
| | ) | Time Concluded: 3:27 p.m. |
| Defendant. | ) | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff:   David Genrich, Assistant U.S. Attorney

Defendant:   Reggie Aligada   ☒ FPD   ☒ To be appointed

Date Charges Filed: November 10, 2009      Offense: Conspiracy to commit mail fraud and wire fraud
18 U.S.C. § 1349

☒ Charges read into record      ☒ Advised of Rights

on   ☒ Indictment

**Charges from another district: Southern District of West Virginia, Charleston**

☒ Government moves for detention.
Motion is:   ☒ granted, temporary detention ordered

Next appearance date is November 19, 2009 at 1:30 p.m. before U.S. Magistrate Judge Franklin L. Noel, 9W for:
☒ detention hrg      ☒ removal hrg

                                                                  *s/Joan Flood*
                                                                  Criminal Duty Clerk

A true printed copy in __1__ sheet(s)
of the electronic record filed on 11/18/09
in the United States District Court
for the District of Minnesota.
CERTIFIED, __11/30__, 20 09.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: ~~09-00251~~ 09mj 464 FLN |
| v. | ) | [Criminal Case; Southern District of West |
| COLLINS A. MASESE | ) | Virginia] |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: COLLINS A. MASESE
Detained at (custodian): Scott Baniecke, Field Office Director, Immigration and Customs Enforcement
        Detained at Ramsey County Jail (Ramsey County, Minnesota)

Detainee is:    a.)    (X) charged in the Southern District of West Virginia by:
            (X) Indictment        ( ) Information        ( ) Complaint
            Charging Detainee With: Conspiracy to Commit Money Laundering

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ( ) return to the custody of detaining facility upon termination of this proceeding
    or    b.)    (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on November 18, 2009, at 3:00 p.m. in the courtroom of The Honorable Franklin L. Noel. The appearance before the Court is for purposes of Fed. R. Crim. P. 5 upon defendant Masese's transfer of custody in Minnesota from ICE to another federal agency pursuant to this Writ and the arrest of defendant Masese on the arrest warrant issued in connection with the Indictment referenced herein.

Dated: November 17, 2009

_____
David M. Genrich, AUSA

A true printed copy in 2 sheet(s) of the electronic record filed on 11/17 in the United States District Court for the District of Minnesota.
CERTIFIED, 11/30, 2
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

### WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 17, 2009
_____
Date

_____
THE HONORABLE FRANKLIN J. NOEL
UNITED STATES MAGISTRATE JUDGE

**SCANNED**
NOV 20 2009
U.S. DISTRICT COURT MPLS

Writ issued on 11/17/09

Please provide the following, if known:
A.K.A.(s) (if applicable): _____    Gender: Male
Booking or Fed. Reg.#: _____    DOB: _____
Facility Address: _____        Race: _____
                    FBI #: _____
Facility Phone: _____

Currently Incarcerated For: ███████

---

**RETURN OF SERVICE**

Executed on _____ by _____ _____
(Signature)