UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:09-00251

COLLINS A. MASESE

O R D E R

Upon the motion to schedule plea hearing, filed March 12, 2010, by Susan M. Robinson, Assistant United States Attorney, on behalf of the above-named parties, it is ORDERED that the motion be, and it hereby is, granted and the defendant is scheduled to appear before the court at 3:30 p.m. on April 1, 2010, for entry of a plea in this action.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: March 26, 2010

John T. Copenhaver, Jr.
United States District Judge