# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/1/2010                                                           Case Number 2:09-cr-251
Case Style: USA vs. Collins A. Masese
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                           Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Susan M. Robinson


Attorney(s) for the Defendant(s) Dennis H. Curry


Law Clerk                                                                Probation Officer Kevin E. Jackson

## Trial Time



## Non-Trial Time

Plea Hearing


## Court Time

3:41 pm   to 4:47 pm
Total Court Time: 1 Hours 6 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

3:30 case set

3:41 - case called - purpose of hearing for defendant to enter plea to Count Eight of the eight-count indictment pursuant to plea agreement - defense counsel says that is correct

Defendant sworn - gave personal information

Court read Count Eight - defendant understands

Court gave elements - defendant understands

Original plea agreement to the court - court summarized majority of agreement - government read stipulation of facts - defendant understands entire agreement

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

## District Judge Daybook Entry

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement and adjudges defendant guilty

Directs PSI - sentencing set for August 19, 2010, at 1:30 pm

Defendant remanded

4:47 concluded