UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

FILED
APR - 5 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:09-00251-05

COLLINS A. MASESE

### GUILTY PLEA

In the presence of Dennis H. Curry, my counsel, who has fully explained the charge contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Count Eight of the eight-count indictment.

___4-1-10___  
Date

___Collins Masese___  
Collins A. Masese

Witness:

___James H. Curry___  
Counsel for Defendant